authority for the proposition that it is improper to apply the straight-line method of depreciation arbitrarily without regard to the present condition of the property based upon an examination of the structures (2 Orgel, Valuation Under Eminent Domain § 212, at 98-99 [2d ed]), respondents did not properly object to the admission of the opinion of petitioner's expert upon that ground. (Appeal from order of Supreme Court, Herkimer County, O'Donnell, J.—RPTL art 7.) Present—Callahan, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ CITY OF LITTLE FALLS, Respondent, v LELAND BARNES, as Chairman of the Board of Assessors of the Town of Salisbury, et al, Appellants. (Appeal No. 2.)—Order unanimously affirmed, without costs. Same memorandum as in *City of Little Falls v Barnes* ([Appeal No. 1], 115 AD2d 968). (Appeal from order of Supreme Court, Herkimer County, O'Donnell, J.— RPTL art 7.) Present—Callahan, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ CITY OF LITTLE FALLS, Respondent, v LELAND BARNES, as Chairman of the Board of Assessors of the Town of Salisbury, et al., Appellants. (Appeal No. 3.)—Order unanimously affirmed, without costs. Same memorandum as in *City of Little Falls v Barnes* ([Appeal No. 1], 115 AD2d 968). (Appeal from order of Supreme Court, Herkimer County, O'Donnell, J.— RPTL art 7.) Present—Callahan, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ CITY OF LITTLE FALLS, Respondent, v LELAND BARNES, as Chairman of the Board of Assessors of the Town of Salisbury, et al., Appellants. (Appeal No. 4.)—Order unanimously affirmed, without costs. Same memorandum as in *City of Little Falls v Barnes* ([Appeal No. 1], 115 AD2d 968). (Appeal from order of Supreme Court, Herkimer County, O'Donnell, J.— RPTL art 7.) Present—Callahan, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ CITY OF LITTLE FALLS, Respondent, v LELAND BARNES, as Chairman of the Board of Assessors of the Town of Salisbury, et al., Appellants. (Appeal No. 5.)—Order unanimously affirmed, without costs. Same memorandum as in *City of Little Falls v Barnes* ([Appeal No. 1], 115 AD2d 968). (Appeal from order of Supreme Court, Herkimer County, O'Donnell, J.— RPTL art 7.) Present—Callahan, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ CITY OF LITTLE FALLS, Respondent, v LELAND BARNES, as Chairman of the Board of Assessors of the Town of Salisbury,

et al., Appellants. (Appeal No. 6.)—Order unanimously affirmed, without costs. Same memorandum as in *City of Little Falls v Barnes* ([Appeal No. 1], 115 AD2d 968). (Appeal from order of Supreme Court, Herkimer County, O'Donnell, J.— RPTL art 7.) Present—Callahan, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ CITY OF LITTLE FALLS, Respondent, v LELAND BARNES, as Chairman of the Board of Assessors of the Town of Salisbury, et al., Appellants. (Appeal No. 7.)—Order unanimously affirmed, without costs. Same memorandum as in *City of Little Falls v Barnes* ([Appeal No. 1], 115 AD2d 968). (Appeal from order of Supreme Court, Herkimer County, O'Donnell, J.— RPTL art 7.) Present—Callahan, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ CITY OF LITTLE FALLS, Respondent, v LELAND BARNES, as Chairman of the Board of Assessors of the Town of Salisbury, et al, Appellants. (Appeal No. 8.)—Order unanimously affirmed, without costs. Same memorandum as in *City of Little Falls v Barnes* ([Appeal No. 1], 115 AD2d 968). (Appeal from order of Supreme Court, Herkimer County, O'Donnell, J.— RPTL, art 7.) Present—Callahan, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ CITY OF LITTLE FALLS, Respondent, v LELAND BARNES, as Chairman of the Board of Assessors of the Town of Salisbury, et al., Appellants. (Appeal No. 9)—Order unanimously affirmed, without costs. Same memorandum as in *City of Little Falls v Barnes* ([Appeal No. 1], 115 AD2d 968). (Appeal from order of Supreme Court, Herkimer County, O'Donnell, J.— RPTL art 7.) Present—Callahan, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ CITY OF LITTLE FALLS, Respondent, v LELAND BARNES, as Chairman of the Board of Assessors of the Town of Salisbury, et al., Appellants. (Appeal No. 10.)—Order unanimously affirmed, without costs. Same memorandum as in *City of Little Falls v Barnes* ([Appeal No. 1], 115 AD2d 968). (Appeal from order of Supreme Court, Herkimer County, O'Donnell, J.— RPTL art 7.) Present—Callahan, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ CITY OF LITTLE FALLS, Respondent, v LELAND BARNES, as Chairman of the Board of Assessors of the Town of Salisbury, et al., Appellants. (Appeal No. 11.)—Order unanimously affirmed, without costs. Same memorandum as in *City of Little Falls v Barnes* ([Appeal No. 1], 115 AD2d 968). (Appeal from